IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PALACE INN FRANCHISING, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:24-cv-00394 |
| JASPER HOTELS, LLC, | § § | JURY DEMANDED |
| *Defendant.* | § § | |

### NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that Matthew C. Acosta attorney for Plaintiff Palace Inn Franchising, LLC ("Palace Inn" or "Plaintiff") will be out of the office and unavailable for depositions, hearings or trial from September 9, 2024 through September 30, 2024.

It is respectfully requested that no deposition, hearings, trial or other matters be noted during this time period.

Dated: September 9, 2024                    Respectfully submitted,

                                            **PLATT RICHMOND PLLC**

                                            */s/ Matthew C. Acosta*
                                            Matthew C. Acosta
                                            Texas Bar No. 24062577
                                            macosta@plattrichmond.com
                                            Alen A. Samuel
                                            Texas Bar No. 24108245
                                            asamuel@ plattrichmond.com
                                            1201 N. Riverfront Blvd., Suite 150
                                            Dallas, Texas 75207
                                            214.559.2700 Main
                                            214.559.4390 Fax

                                            **COUNSEL FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff does hereby certify that this pleading was served on all counsel of record on September 9, 2024 by the Court's ECF system.

                                            */s/ Matthew C. Acosta*
                                            MATTHEW C. ACOSTA